RECEIVED LCW

JAN 30 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

RECEIVED LCW
2017 JAN 27 PM 5: 16
U.S. DISTRICT COURT

United States District Court
for the

Northern District of Illinois

| | | Case No. | |
|---|---|---|---|
| | | | *(to be filled in by the Clerk's Office)* |
| Russell B. Sommers, Plaintiff | ) ) ) ) ) ) | **17 CV 762** **Judge Pallmeyer** **Magistrate Judge Finnegan** | |
| -v- | ) ) ) ) ) ) | | |
| Jefferson A. Schott, Northshore University HealthSystem, Defendants (SEE ATTACHED PAGE, ATTACHMENT #1 TO THIS COMPLAINT) | ) ) ) ) ) ) | | |
| | | Jury Trial: *(check one)* | Yes □  No □ |

**COMPLAINT FOR A CIVIL CASE**

ATTACHMENT #1 to Complaint

Russell B. Sommers v. Jefferson A. Schott, et al

(Names of defendants, continued from caption)

United States District Court
for the
Northern District of Illinois

**(Names of Defendants, continued):**

... Northshore Medical Group, Northshore Physicians Associates, Inc., Northshore University HealthSystem Faculty Practices Association, Diane Marie Kuinius, Nancy DeMarco, Leonard J. Kaplan, M. (Katie) Synek, Payal K. Naik, Rush University, Rush University Medical Center, Rush University Medical Group, Rush-Presbyterian-St. Luke's Medical Center, Currently Unknown Doctor(s) Janes and/or Johns Doe at the Division of Infectious Diseases at Rush University Medical Center, Rene P. Carizey, Jacqueline R. Arenz, Bezalel Dantz, Brian H. Beres, Hollander Niemiec, Erica Cervantes, Northwestern University, Northwestern Memorial HealthCare, Northwestern Medicine, Northwestern Medical Group, Northwestern University Feinberg School of Medicine, Northwestern Medicine Infectious Disease Center, Claudia A. Hawkins,
DEFENDANTS

Complaint
Russell B. Sommers v Jefferson A. Schott, et al
U.S. District Court for the Northern District of Illinois

|  | |
|---|---|
| ) ) ) ) ) | |
| I. The Parties to This Complaint || 
| A. PLAINTIFF: Plaintiff is a Citizen of the State of Massachusetts ||
| Name | Russell B. Sommers |
| Street Address | 8 Dinsmore Court |
| City and County | Cambridge, Middlesex County |
| State and Zip Code | MA 02138 |
| Telephone Number | 323-336-3833 |
| E-mail Address | russellsommers@hotmail.com |

B. **DEFENDANTS:** On information and belief, all of the following INDIVIDUAL defendants are citizens of the STATE OF ILLINOIS and all the NON-INDIVIDUALS listed are CORPORATE ENTITIES incorporated in and/or with their principal place of business in the STATE OF ILLINOIS:

1. NORTHSHORE UNIVERSITY HEALTH ( "NORTHSHORE" ) CORPORATE ENTITIES AND THEIR EMPLOYEES

   A. NorthShore Corporate Entities:

2

Complaint
Russell B. Sommers v Jefferson A. Schott, et al
U.S. District Court for the Northern District of Illinois

    1. Northshore University HealthSystem

    2. Northshore University Health System Northshore Medical Group,

    3. Northshore Physicians Associates, Inc.,

    4. Northshore University HealthSystem Faculty Practices Association

**B. NorthShore Individuals/Employees:**

    1. Jefferson A. Schott

    2. Diane Marie Kuinius

    3. Nancy DeMarco

    4. Leonard J. Kaplan

    5. M. (Katie) Synek

    6. Payal K. Naik

**2. RUSH UNIVERSITY MEDICAL ("RUSH") CORPORATE ENTITIES AND THEIR EMPLOYEES**

    **A. Rush Corporate Entities:**

        1. Rush University

        2. Rush University Medical Center

        3. Rush University Medical Group

        4. Rush-Presbyterian-St. Luke's Medical Center

    **B. Rush Individuals/Employees:**

        1. Rene P. Carizey

        2. Jacqueline R. Arenz

        3. Bezalel Dantz, Brian H. Beres

3

Complaint
Russell B. Sommers v Jefferson A. Schott, et al
U.S. District Court for the Northern District of Illinois

    4. Hollander Niemiec

    5. Erica Cervantes

    6. Currently Unknown Doctor(s) Janes and/or Johns Doe at the Division of Infectious Diseases at Rush University Medical Center

### 3. NORTHWESTERN UNIVERSITY MEDICAL ( "NORTHWESTERN" ) CORPORATE ENTITIES AND THEIR EMPLOYEES

**A. Northwestern Corporate Entities:**

1. Northwestern University
2. Northwestern Memorial HealthCare
3. Northwestern Medicine
4. Northwestern Medical Group
5. Northwestern University Feinberg School of Medicine
6. Northwestern Medicine Infectious Disease Center

**B. Northwestern Individual/Employee:**

1. Claudia A. Hawkins

## II. Basis for Jurisdiction

What is the basis for federal court jurisdiction?

| Federal question | X Diversity of citizenship pursuant to 28 U.S. Code Section 1332 |
|---|---|

## III. The Amount in Controversy

The amount in controversy is more than $75,000 for each named defendant, not counting interest and costs of court, because the amount of compensatory, special and punitive damages I seek exceeds that amount.

4

Complaint
Russell B. Sommers v Jefferson A. Schott, et al
U.S. District Court for the Northern District of Illinois

### IV. Statement of Claim

By information and belief, numerous statements made by the defendants between the dates of 12/20/2016 and 4/6/2016 , both written (in my medical records and referrals to third-parties), and oral (to third parties and among themselves) implied , if not directly stated, with reckless disregard if not purposeful attempts to marginalize me and neutralize my criticism over the care I was receiving, that I had no serious medical problems, but rather was delusional (crazy, psychotic, mentally as his employer) in my belief that I had some form of neglected parasite or parasites that were causing numerous problems AC cross numerous medical disciplines, making it impossible for me to be taken seriously by other medical professionals to get the testing and help I needed, as well as delaying diagnosis and treatment during which time my health condition grew worse and worse. I finally found a doctor recently to do some of the testing I needed and tested positive for hookworm. So I wasn't delusional after all. Because of their acts I've lost another year of my life, and I seek any and all damages to which I'm entitled, compensatory, special and punitive. I hope to soon amend this complaint to be more specific..

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of

5

Complaint
Russell B. Sommers v Jefferson A. Schott, et al
U.S. District Court for the Northern District of Illinois

litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A. For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

| Date of signing: | 1/30/2017 | |
| --- | --- | --- |
| Signature of Plaintiff | *[signature]* | |
| Printed Name of Plaintiff | RUSSELL SOMMERS | |

6